UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TRUE THE VOTE, INC., *et al.* <br> Defendants, <br><br> and CAIN & ASSOCIATES, LLC <br> Petitioner, <br><br> v. <br><br> KONNECH, INC. <br><br> Plaintiff. | § § § § § § § § § § § § § § | Misc. Case No. _____ <br><br> Underlying Litigation: <br><br> KONNECH, INC. v. <br> TRUE THE VOTE, INC., *et al.* <br><br> Civil Action No. <br> 4:22-cv-03096 |

## ORDER ON DEFENDANTS' and PETITIONER'S JOINT OPPOSED MOTION TO QUASH OR MODIFY PLAINTIFF KONNECH's THIRD PARTY SUBPOENA ISSUED TO CAIN & ASSOCIATES, LLC and FOR PROTECTIVE ORDER

On this day the Court considered the parties' joint motion, and the request is hereby GRANTED.

_____
JUDGE PRESIDING