IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Konnech, Inc.<br>Plaintiff(s) | * |
| | * |
| v. | Case No.: JKB-23-770 |
| | * |
| True The Vote, Inc.<br>Defendant(s) | * |
| | ****** |

**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

In accordance with 28 U.S.C. 636 and Local Rule 301 and 302 of the United States Court for the District of Maryland, this case is hereby referred to the Honorable Choose a Judge., United States Magistrate Judge, for said District, for the following purposes(s):

☐ For all proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c) by consent of the parties.

☒ Settlement or other ADR conference.

☒ Discovery disputes as follows:

　☐ All discovery and related scheduling matters.

　☐ All discovery matters.

　☒ Specifically, Informal Discovery Dispute Resolution Conference

☐ Hearing (if necessary), proposed findings of fact, and recommendations for the disposition of motions to review administrative determinations in a Social Security or related benefits case pursuant to 42 U.S.C. 405 (g).

☐ Ordering and conducting supplementary proceedings in accordance with Md. R. Proc. 2-633.

☐ Reviewing a default judgment and/or making recommendations concerning damages.

☐ Other

Date: March 21, 2023　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　James K. Bredar
　　　　　　　　　　　　　　　　　　　　　United States District Judge