# EXHIBIT 3

| | |
|---|---|
| Konnech Inc. v. True The Vote Inc. et al<br>Assigned to: Judge Andrew S Hanen<br>Demand: $1,000,000<br>Cause: 88:8888 Other Statutory Actions | Date Filed: 09/12/2022<br>Jury Demand: Both<br>Nature of Suit: 890 Other Statutory Actions<br>Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Konnech Inc.** | represented by | **Constantine Z. Pamphilis**<br>Kasowitz Benson Torres LLP<br>Wedge International Tower<br>1415 Louisiana<br>Ste 2100<br>Houston, TX 77002<br>713-220-8852<br>Email: dpamphilis@kasowitz.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **True The Vote Inc.** | represented by | **Brock Cordt Akers**<br>The Akers Firm<br>3401 Allen Parkway<br>Suite 101<br>Houston, TX 77019<br>713-877-2500<br>Fax: 1-713-583-8662<br>Email: bca@akersfirm.com<br>*ATTORNEY TO BE NOTICED*<br><br>**J. Mark Brewer**<br>Brewer & Pritchard P.C.<br>800 Bering Dr.<br>Suite 201<br>Houston, TX 77057<br>713-209-2950<br>Email: brewer@bplaw.com<br>*TERMINATED: 10/24/2022*<br><br>**Michael John Wynne**<br>Gregor Cassidy Wynne, PLLC<br>909 Fannin<br>Ste. 3800<br>Houston, TX 77010<br>713-450-7403<br>Email: mwynne@gwafirm.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Gregg Phillips** | represented by | **John C Kiyonaga**<br>Law Office of John Kiyonaga<br>600 Cameron Street<br>Alexandria, VA 22314<br>Email: john@johnckiyonaga.com<br>*TERMINATED: 01/04/2023*<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Brock Cordt Akers**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**J. Mark Brewer**<br>(See above for address)<br>*TERMINATED: 10/24/2022*<br><br>**Michael John Wynne**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Catherine Engelbrecht** | represented by | **Brock Cordt Akers**<br>(See above for address) |

ATTORNEY TO BE NOTICED

**J. Mark Brewer**
(See above for address)
*TERMINATED: 10/24/2022*

**Michael John Wynne**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Mike Hasson

**Interested Party**

Kathleen A. Polk

| Date Filed | # | Docket Text |
|---|---|---|
| 09/12/2022 | 1 | COMPLAINT against Catherine Engelbrecht, Gregg Phillips, True The Vote Inc. (Filing fee $ 402 receipt number ATXSDC-28753555) filed by Konnech Inc..(Pamphilis, Constantine) (Entered: 09/12/2022) |
| 09/12/2022 | 2 | Request for Issuance of Summons as to True The Vote Inc., filed.(Pamphilis, Constantine) (Entered: 09/12/2022) |
| 09/12/2022 | 3 | Request for Issuance of Summons as to Gregg Phillips, filed.(Pamphilis, Constantine) (Entered: 09/12/2022) |
| 09/12/2022 | 4 | Request for Issuance of Summons as to Catherine Engelbrecht, filed.(Pamphilis, Constantine) (Entered: 09/12/2022) |
| 09/12/2022 | 5 | MOTION for Temporary Restraining Order by Konnech Inc., filed. Motion Docket Date 10/3/2022. (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Pamphilis, Constantine) (Entered: 09/12/2022) |
| 09/12/2022 | 6 | Flash Drive of EXHIBITS A-1, A-2 and A-3 re: 5 MOTION for Temporary Restraining Order by Konnech Inc., filed.(ckrus, 4) (Entered: 09/12/2022) |
| 09/12/2022 | 7 | NOTICE of Setting as to 5 MOTION for Temporary Restraining Order. Parties notified. Telephone Conference set for 9/12/2022 at 03:00 PM before Judge Kenneth M Hoyt, filed. (On "Meet-Me" Line) (chorace) (Entered: 09/12/2022) |
| 09/12/2022 |  | Summons Issued as to All Defendants. Issued summons delivered to plaintiff in person, filed.(ckrus, 4) (Entered: 09/12/2022) |
| 09/12/2022 | 8 | ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE held on September 12, 2022 at 3:00 p.m. Appearances: Nathan Richardson Constantine Z. Pamphilis. Pursuant to phone conference conducted this day, the Court determines that a Temporary Restraining Order should issue in this case, pursuant to Title 18 U.S.C. § 1030, Texas Civ. Prac. & Rem. Code § 143.002 and F.R.C.P., Rule 65(b)(1)(A) and (B). An appropriate order shall issue. Preliminary Injunction Hearing set for 9/26/2022 at 11:30 AM in Courtroom 11A before Judge Kenneth M Hoyt.(Signed by Judge Kenneth M Hoyt) Parties notified.(chorace) (Entered: 09/12/2022) |
| 09/12/2022 | 9 | TEMPORARY RESTRAINING ORDER. Preliminary Injunction Hearing set for 9/26/2022 at 11:30 AM in Courtroom 11A before Judge Kenneth M Hoyt. ORDERED that Konnech shall post bond with sufficient surety in the amount of $100.00. (Signed by Judge Kenneth M Hoyt) Parties notified.(chorace) (Entered: 09/12/2022) |
| 09/13/2022 |  | Deposit made into the Registry of the Court by Kasowitz Benson Torres LLP in the amount of $100.00, receipt number HOU111239 re: 9 Order,, filed. (thanniable, 4) (Entered: 09/13/2022) |
| 09/13/2022 | 10 | ORDER for Initial Pretrial and Scheduling Conference by Telephone and Order to Disclose Interested Persons. Counsel who filed or removed the action is responsible for placing the conference call and insuring that all parties are on the line. The call shall be placed to (713)250-5613. Telephone Conference set for 3/6/2023 at 08:45 AM by telephone before Judge Kenneth M Hoyt (Signed by Judge Kenneth M Hoyt) Parties notified.(AkeitaMichael, 4) (Entered: 09/13/2022) |
| 09/14/2022 | 11 | WAIVER OF SERVICE Returned Executed as to True The Vote Inc. served on 9/13/2022, answer due 11/14/2022, filed.(Pamphilis, Constantine) (Entered: 09/14/2022) |
| 09/14/2022 | 12 | WAIVER OF SERVICE Returned Executed as to Gregg Phillips served on 9/13/2022, answer due 11/14/2022, filed.(Pamphilis, Constantine) (Entered: 09/14/2022) |
| 09/14/2022 | 13 | WAIVER OF SERVICE Returned Executed as to Catherine Engelbrecht served on 9/13/2022, answer due 11/14/2022, filed.(Pamphilis, Constantine) (Entered: 09/14/2022) |
| 09/14/2022 | 14 | NOTICE *of Acceptance and Waiver of Personal Service of Temporary Restraining Order* re: 9 Order, by Konnech Inc., filed. (Pamphilis, Constantine) (Entered: 09/14/2022) |
| 09/15/2022 | 15 | SEALED DOCUMENT *Letter to Judge Hoyt* by Catherine Engelbrecht, Gregg Phillips, True The Vote Inc., filed. (Akers, Brock) (Entered: 09/15/2022) |
| 09/21/2022 | 16 | MOTION for Order to Show Cause as to Contempt Against Defendants by Konnech Inc., filed. Motion Docket Date 10/12/2022. (Attachments: # 1 Proposed Order)(Pamphilis, Constantine) (Entered: 09/21/2022) |
| 09/21/2022 | 17 | EMERGENCY MOTION, MOTION For Consideration Without A Hearing Of Plaintiffs Motion To Show Cause And For Contempt Against Defendants( Motion Docket Date 10/12/2022.) by Konnech Inc., filed. (Attachments: # 1 Proposed Order)(Pamphilis, Constantine) (Entered: 09/21/2022) |
| 09/23/2022 | 18 | STIPULATION re: Extension of Temporary Restraining Order and to Reset Preliminary Injunction Hearing by Konnech Inc., filed. (Attachments: # 1 Proposed Order)(Pamphilis, Constantine) (Entered: 09/23/2022) |
| 09/23/2022 | 19 | RESPONSE to 16 MOTION for Order to Show Cause as to Contempt Against Defendants, 17 EMERGENCY MOTION MOTION For Consideration Without A Hearing Of Plaintiffs Motion To Show Cause And For Contempt Against Defendants filed by Catherine Engelbrecht, Gregg Phillips, True The Vote Inc.. (Akers, Brock) (Entered: 09/23/2022) |
| 09/26/2022 | 20 | ORDER On 18 Stipulation to Extend Temporary Restraining Order and Reset Preliminary Injunction Hearing( Preliminary Injunction Hearing set for 10/6/2022 at 11:00 AM in Courtroom 11A before Judge Kenneth M Hoyt)(Signed by Judge Kenneth M Hoyt) Parties notified.(chorace) (Entered: 09/26/2022) |
| 09/27/2022 | 21 | REPLY in Support of 16 MOTION for Order to Show Cause as to Contempt Against Defendants, filed by Konnech Inc.. (Pamphilis, Constantine) (Entered: 09/27/2022) |

| | | |
|---|---|---|
| 09/28/2022 | 22 | CORPORATE DISCLOSURE STATEMENT by Konnech Inc., filed (Pamphilis, Constantine) (Entered: 09/28/2022) |
| 10/05/2022 | 23 | NOTICE of Appearance by J. Mark Brewer on behalf of Catherine Engelbrecht, Gregg Phillips, True The Vote Inc., filed. (Brewer, J) (Entered: 10/05/2022) |
| 10/05/2022 | 24 | RESPONSE in Opposition to 5 MOTION for Temporary Restraining Order, filed by Catherine Engelbrecht, Gregg Phillips, True The Vote Inc.. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Proposed Order)(Brewer, J) (Entered: 10/05/2022) |
| 10/06/2022 | | Minute Entry for proceedings held before Judge Kenneth M Hoyt. Preliminary INJUNCTION HEARING held on 10/6/2022. Argument heard. The Court this matter under advisement. Appearances:Nathan Richardson, Brock Cordt Akers, J Mark Brewer, Constantine Z. Pamphilis.(Court Reporter: M. Malone), filed.(chorace) (Entered: 10/06/2022) |
| 10/07/2022 | 25 | PROPOSED ORDER / *Proposed Contempt Order*, filed.(Pamphilis, Constantine) (Entered: 10/07/2022) |
| 10/10/2022 | 26 | AO 435 TRANSCRIPT REQUEST by J. Mark Brewer for Transcript of Preliminary Injunction Hearing on 10/06/22 before Judge Hoyt. Daily (24 hours) turnaround requested. Court Reporter/Transcriber: Judicial Transcribers of Texas, filed. (Brewer, J) (Entered: 10/10/2022) |
| 10/11/2022 | 27 | REPLY in Support of 5 MOTION for Temporary Restraining Order, filed by Konnech Inc.. (Attachments: # 1 Proposed Order)(Pamphilis, Constantine) (Entered: 10/11/2022) |
| 10/11/2022 | 28 | MOTION to Amend 1 Complaint by Konnech Inc., filed. Motion Docket Date 11/1/2022. (Attachments: # 1 Proposed Order)(Pamphilis, Constantine) (Entered: 10/11/2022) |
| 10/12/2022 | 29 | MOTION to Hold in Abeyance by Catherine Engelbrecht, Gregg Phillips, True The Vote Inc., filed. Motion Docket Date 11/2/2022. (Attachments: # 1 Proposed Order)(Akers, Brock) (Entered: 10/12/2022) |
| 10/13/2022 | 30 | TRANSCRIPT re: Preliminary Injunction Hearing held on October 6, 2022 before Judge Kenneth M Hoyt. Court Reporter/Transcriber Mayra Malone. Ordering Party Constantine Z. Pamphilis Release of Transcript Restriction set for 1/11/2023., filed. (Malone, Mayra) (Entered: 10/13/2022) |
| 10/14/2022 | 31 | Notice of Filing of Official Transcript as to 30 Transcript,. Party notified, filed. (DarleneHansen, 4) (Entered: 10/14/2022) |
| 10/14/2022 | 32 | MOTION for John C. Kiyonaga to Appear Pro Hac Vice by Gregg Phillips, filed. Motion Docket Date 11/4/2022. (Akers, Brock) (Entered: 10/14/2022) |
| 10/17/2022 | 33 | ORDER Directing Defendants to appear and Show Cause Why They Should Not Be Held In Contempt 16 . (Motion Hearing set for 10/27/2022 at 11:00 AM in Courtroom 11A before Judge Kenneth M Hoyt)(Signed by Judge Kenneth M Hoyt) Parties notified.(chorace) (Entered: 10/17/2022) |
| 10/19/2022 | 34 | Unopposed MOTION for J. Mark Brewer to Withdraw as Attorney by Catherine Engelbrecht, Gregg Phillips, True The Vote Inc., filed. Motion Docket Date 11/9/2022. (Attachments: # 1 Proposed Order)(Brewer, J) (Entered: 10/19/2022) |
| 10/19/2022 | 35 | ORDER granting 32 Motion for John Kiyonaga to Appear Pro Hac Vice **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here**.(Signed by Judge Kenneth M Hoyt) Parties notified.(kpicota, 4) (Entered: 10/19/2022) |
| 10/20/2022 | 36 | NOTICE of Appearance by Michael J. Wynne on behalf of Catherine Engelbrecht, Gregg Phillips, True The Vote Inc., filed. (Wynne, Michael) (Entered: 10/20/2022) |
| 10/24/2022 | 37 | ORDER granting 34 Motion to Withdraw as Attorney. Attorney J Mark Brewer terminated.(Signed by Judge Kenneth M Hoyt) Parties notified. (JosephWells, 4) (Entered: 10/24/2022) |
| 10/26/2022 | 38 | NOTICE of Appearance by John Kiyonaga on behalf of Catherine Engelbrecht, Gregg Phillips, True The Vote Inc., filed. (Wynne, Michael) (Entered: 10/26/2022) |
| 10/27/2022 | 39 | AO 435 TRANSCRIPT REQUEST by Harry Marantides for Transcript of Contempt of Court Hearing on 10/27/22 before Judge Kenneth Hoyt. 3-Day turnaround requested. Court Reporter/Transcriber: Court Reporter, filed. (RachelWillborg, 4) (Entered: 10/27/2022) |
| 10/27/2022 | | Minute Entry for proceedings held before Judge Kenneth M Hoyt. Argument heard. Plaintiff's Exhibit "1" (a photo), was offered and admitted.Witnesses: 1)Gregg Phillips 2) Catherine Engelbrecht. This matter is continued to October 31, 2022 at 9AM.CONTEMPT HEARING held on 10/27/2022. Contempt Hearing set for 10/31/2022 at 09:00 AM in Courtroom 11A before Judge Kenneth M Hoyt. Appearances:Nathan Richardson, Cameron Powell. Michael John Wynne, Constantine Z. Pamphilis, John C Kiyonaga.(Court Reporter: N. Forrest), filed.(chorace) Modified on 10/31/2022 (chorace). (Entered: 10/27/2022) |
| 10/28/2022 | 40 | ORDER denying 29 Defendants Motion to Hold in Abeyance.(Signed by Judge Kenneth M Hoyt) Parties notified.(chorace) (Entered: 10/28/2022) |
| 10/28/2022 | 41 | ORDER granting 28 Motion for Leave to Amend Complaint.(Signed by Judge Kenneth M Hoyt) Parties notified.(kpicota, 4) (Entered: 10/28/2022) |
| 10/28/2022 | 42 | First AMENDED COMPLAINT with Jury Demand against Catherine Engelbrecht, Gregg Phillips, True The Vote Inc., Mike Hasson filed by Konnech Inc.. Related document: 1 Complaint filed by Konnech Inc..(kpicota, 4) (Entered: 10/28/2022) |
| 10/28/2022 | 43 | Opposed MOTION to Seal Plaintiff's Exhibit 1 to Hearing on 10/31/2022 by Catherine Engelbrecht, Gregg Phillips, True The Vote Inc., filed. Motion Docket Date 11/18/2022. (Attachments: # 1 Proposed Order)(Wynne, Michael) (Entered: 10/28/2022) |
| 10/28/2022 | 44 | AO 435 TRANSCRIPT REQUEST by True the Vote Inc./Michael Wynne for Transcript of Contempt Hearing, 10/27/2022, Kenneth Hoyt. 3-Day turnaround requested. Court Reporter/Transcriber: Nichole Forrest, filed. (Wynne, Michael) (Entered: 10/28/2022) |
| 10/28/2022 | 45 | Request for Issuance of Summons as to Mike Hasson, filed.(Pamphilis, Constantine) (Entered: 10/28/2022) |
| 10/28/2022 | 46 | Defendants' Submission of Evidence in Furtherance of Request to Purge Finding of Contempt by Catherine Engelbrecht, Gregg Phillips, True The Vote Inc., filed. (Attachments: # 1 Exhibit Exh. A: Affidavit of Gregg Phillips, # 2 Exhibit Exh. B: Affidavit of Catherine Engelbrecht with text exchanges with FBI Special Agents, # 3 Exhibit Exh. C: Criminal complaint against Eugene Yu in Los Angeles County, California, # 4 Exhibit Exh. D: Conditions of Release for Eugene Yu from the state of Michigan)(Wynne, Michael) (Entered: 10/28/2022) |
| 10/30/2022 | 47 | TRANSCRIPT re: Hearing held on 10/27/22 before Judge Kenneth M Hoyt. Court Reporter/Transcriber Nichole Forrest, RDR, CRR, CRC. Release of Transcript Restriction set for 1/30/2023., filed. (Forrest, Nichole) (Entered: 10/30/2022) |
| 10/31/2022 | 48 | NOTICE *of Designation of Lead Counsel and Attorney in Charge* by Catherine Engelbrecht, Gregg Phillips, True The Vote Inc., filed. (Wynne, Michael) (Entered: 10/31/2022) |
| 10/31/2022 | 49 | Notice of Filing of Official Transcript as to 47 Transcript. Party notified, filed. (AntonioBanda, 4) (Entered: 10/31/2022) |
| 10/31/2022 | 50 | Summons Issued as to Mike Hasson. Issued summons delivered to plaintiff by NEF, filed.(hlerma, 4) (Entered: 10/31/2022) |
| 10/31/2022 | | Minute Entry for proceedings held before Judge Kenneth M Hoyt. CONTEMPT HEARING held on 10/31/2022. The Court found that defendants, Gregg Phillips and Catherine Engelbrecht, in contempt for failure to comply with the Courts ex parte temporary restraining order. Therefore, the defendants Gregg Phillips and Catherine Englebrecht, are ORDERED detained by the U.S. Marshal for one-day and further until they fully comply with the Courts Order as |

| | | set out in the TRO. Appearances:Nathan Richardson, Joe Larson, Cameron Powell, Todd Burns (Consultant), Michael John Wynne, Constantine Z. Pamphilis.(Court Reporter:K Miller), filed.(chorace) (Entered: 10/31/2022) |
|---|---|---|
| 10/31/2022 | 51 | ORDER FOR CONFINEMENT PENDING COMPLIANCE as to Contempt Against Defendants Gregg Phillips and Catherine Engelbrecht. Therefore, the defendants Gregg Phillips and Catherine Englebrecht, are ORDERED detained by the U.S. Marshal for one-day and further until they fully comply with the Courts Order as set out in the TRO. See [DEs 8 and 9].(Signed by Judge Kenneth M Hoyt) Parties notified.(chorace) (Entered: 10/31/2022) |
| 10/31/2022 | 52 | ORDER denying 43 Defendants Motion to Seal the Plaintiff's Exhibit "1" that was offered and admitted during the Contempt hearing on October 27, 2022..(Signed by Judge Kenneth M Hoyt) Parties notified.(chorace) (Entered: 10/31/2022) |
| 10/31/2022 | 53 | ORDER. It is ORDERED that defendants Gregg Phillips and Catherine Engelbrecht, reimburse the United States Marshal Service for in custody civil contempt charges, at a rate of $ 85.61 a day, to be housed at Joe Corley Detention Facility for everyday they are housed, and further, the totals of any such sums be paid in advance of any release.(Signed by Judge Kenneth M Hoyt) Parties notified.(chorace) (Entered: 10/31/2022) |
| 10/31/2022 | 57 | MEMORANDUM OPINION AND ORDER ON MOTION FOR A PRELIMINARY INJUNCTION 5 . (Signed by Judge Kenneth M Hoyt) Parties notified.(chorace) (Entered: 11/03/2022) |
| 11/01/2022 | 54 | AO 435 TRANSCRIPT REQUEST by True the Vote Inc./Michael Wynne for Transcript of Contempt Hearing, 10/31/2022, Kenneth Hoyt. Daily (24 hours) turnaround requested. Court Reporter/Transcriber: Kathleen Miller, filed. (Wynne, Michael) (Entered: 11/01/2022) |
| 11/01/2022 | 55 | TRANSCRIPT re: Contempt Hearing held on October 31, 2022 before Judge Kenneth M Hoyt. Court Reporter/Transcriber Kathleen Miller. Ordering Party Michael Wynne Release of Transcript Restriction set for 1/30/2023., filed. (Miller, Kathleen) (Entered: 11/01/2022) |
| 11/01/2022 | 58 | AO 435 TRANSCRIPT REQUEST by Harry Marantides for Transcript of Contempt Hearing held on 10/31/22 before Judge Kenneth M Hoyt. Realtime turnaround requested. Court Reporter/Transcriber: Kathleen Miller, filed. (MarcelleLaBee, 4) (Entered: 11/04/2022) |
| 11/02/2022 | 56 | Notice of Filing of Official Transcript as to 55 Transcript. Party notified, filed. (AntonioBanda, 4) (Entered: 11/02/2022) |
| 11/07/2022 | 59 | Fifth Circuit Court of Appeals LETTER advising IT IS ORDERED that Petitioners' opposed motion for release from detention is GRANTED pending further order of this court. The district court's orders otherwise remain in effect (USCA No. 22-20578), filed.(EfrainGarcia, 1) (Entered: 11/07/2022) |
| 11/09/2022 | 61 | SEALED Letter, filed. (AntonioBanda, 4) Modified on 1/9/2023 (chorace). (Entered: 11/16/2022) |
| 11/14/2022 | 60 | ANSWER to 42 Amended Complaint/Counterclaim/Crossclaim etc. with Jury Demand by Catherine Engelbrecht, Gregg Phillips, True The Vote Inc., filed. (Wynne, Michael) (Entered: 11/14/2022) |
| 11/22/2022 | 62 | Fifth Circuit Court of Appeals Petition for a Writ of Mandamus advising: We VACATE the contempt order because the district court premised it on the now-dissolved TRO. The case is REMANDED to the district court for further proceedings consistent with the Federal Rules. Any future appellate proceedings regarding any future contempt orders shall be directed to and decided by this panel (USCA No. 22-20578), filed.(EfrainGarcia, 1) (Entered: 11/23/2022) |
| 12/01/2022 | 63 | Opposed MOTION Motion to Dissolve Preliminary Injunction by Catherine Engelbrecht, Gregg Phillips, True The Vote Inc., filed. Motion Docket Date 12/22/2022. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Wynne, Michael) (Entered: 12/01/2022) |
| 12/01/2022 | 64 | AMENDED 63 MOTION, Opposed MOTION Dissolve Preliminary Injunction( Motion Docket Date 12/22/2022.) by Catherine Engelbrecht, Gregg Phillips, True The Vote Inc., filed. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Wynne, Michael) (Entered: 12/01/2022) |
| 12/01/2022 | 65 | Second AMENDED 63 MOTION, Opposed MOTION to Dissolve Preliminary Injunction( Motion Docket Date 12/22/2022.) by Catherine Engelbrecht, Gregg Phillips, True The Vote Inc., filed. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Wynne, Michael) (Entered: 12/01/2022) |
| 12/02/2022 | 66 | First AMENDED ANSWER to 1 Complaint by Catherine Engelbrecht, Gregg Phillips, True The Vote Inc., filed. (Wynne, Michael) (Entered: 12/02/2022) |
| 12/05/2022 | 67 | MOTION for Order to Show Cause as to Contempt Against Defendants Related to the Preliminary Injunction and Direct Orders from the Bench by Konnech Inc., filed. Motion Docket Date 12/27/2022. (Attachments: # 1 Proposed Order)(Pamphilis, Constantine) (Entered: 12/05/2022) |
| 12/05/2022 | 68 | Amended PROPOSED ORDER *Directing Defendants to Appear and Show Cause Why They Should Not be Held in Contempt* re: 67 MOTION for Order to Show Cause as to Contempt Against Defendants Related to the Preliminary Injunction and Direct Orders from the Bench, filed.(Pamphilis, Constantine) (Entered: 12/05/2022) |
| 12/22/2022 | 69 | RESPONSE in Opposition to 65 Second AMENDED 63 MOTIONOpposed MOTION to Dissolve Preliminary Injunction, filed by Konnech Inc.. (Attachments: # 1 Proposed Order)(Pamphilis, Constantine) (Entered: 12/22/2022) |
| 12/23/2022 | 70 | MOTION for John C. Kiyonaga to Withdraw as Attorney by Catherine Engelbrecht, Gregg Phillips, True The Vote Inc., filed. Motion Docket Date 1/13/2023. (Attachments: # 1 Proposed Order)(Wynne, Michael) (Entered: 12/23/2022) |
| 12/27/2022 | 71 | RESPONSE to 67 MOTION for Order to Show Cause as to Contempt Against Defendants Related to the Preliminary Injunction and Direct Orders from the Bench filed by Catherine Engelbrecht, Gregg Phillips, True The Vote Inc.. (Attachments: # 1 Affidavit, # 2 Affidavit)(Wynne, Michael) (Entered: 12/27/2022) |
| 12/29/2022 | 72 | REPLY in Support of 67 MOTION for Order to Show Cause as to Contempt Against Defendants Related to the Preliminary Injunction and Direct Orders from the Bench, filed by Konnech Inc.. (Pamphilis, Constantine) (Entered: 12/29/2022) |
| 01/04/2023 | 73 | ORDER granting 70 Motion to Withdraw as Attorney. Attorney John C Kiyonaga terminated.(Signed by Judge Kenneth M Hoyt) Parties notified. (KimberlyPicota, 4) (Entered: 01/04/2023) |
| 01/05/2023 | 74 | Opposed MOTION for Recusal by Catherine Engelbrecht, Gregg Phillips, True The Vote Inc., filed. Motion Docket Date 1/26/2023. (Attachments: # 1 Proposed Order)(Wynne, Michael) (Entered: 01/05/2023) |
| 01/09/2023 | 75 | ORDER for Expedited Response re: 74 Opposed MOTION for Recusal. Response to Motion due by 1/19/2023.(Signed by Judge Kenneth M Hoyt) Parties notified.(chorace) (Entered: 01/09/2023) |
| 01/12/2023 | 76 | RESPONSE in Opposition to 74 Opposed MOTION for Recusal, filed by Konnech Inc.. (Attachments: # 1 Proposed Order Denying Motion to Recuse)(Pamphilis, Constantine) (Entered: 01/12/2023) |
| 01/17/2023 | 77 | REPLY in Support of 74 Opposed MOTION for Recusal, filed by Catherine Engelbrecht, Gregg Phillips, True The Vote Inc.. (Attachments: # 1 Affidavit)(Wynne, Michael) (Entered: 01/17/2023) |
| 02/02/2023 | 78 | MOTION for Sanctions by Konnech Inc., filed. Motion Docket Date 2/23/2023. (Attachments: # 1 Proposed Order)(Pamphilis, Constantine) (Entered: 02/02/2023) |
| 02/09/2023 | 79 | CORPORATE DISCLOSURE STATEMENT by Catherine Engelbrecht, Gregg Phillips, True The Vote Inc., filed.(Wynne, Michael) (Entered: 02/09/2023) |

| Date | # | Description |
|---|---|---|
| 02/13/2023 | 80 | ORDER OF RECUSAL. Judge Kenneth M Hoyt recused. Case reassigned to Judge David Hittner for all further proceedings. (Signed by Judge Kenneth M Hoyt) Parties notified.(JacquelineMata, 4) (Entered: 02/13/2023) |
| 02/14/2023 | 81 | NOTICE of Reassignment. Case reassigned to Judge Andrew S Hanen. Judge David Hittner no longer assigned to the case. Parties notified, filed. (DarleneHansen, 4) (Entered: 02/14/2023) |
| 02/16/2023 | 82 | NOTICE of Resetting. Parties notified. Initial Conference set for 3/7/2023 at 10:20 AM in by video before Magistrate Judge Sam S Sheldon, filed. (sjones, 4) (Entered: 02/16/2023) |
| 02/21/2023 | 83 | JOINT DISCOVERY/CASE MANAGEMENT PLAN by Konnech Inc., filed.(Pamphilis, Constantine) (Entered: 02/21/2023) |
| 02/22/2023 | 84 | NOTICE of Appearance by Cameron Powell on behalf of Catherine Engelbrecht, Gregg Phillips, True The Vote Inc., filed. (Powell, Cameron) (Entered: 02/22/2023) |
| 02/23/2023 | 85 | Joint PROPOSED ORDER /Proposed Scheduling Order, filed.(Pamphilis, Constantine) (Entered: 02/23/2023) |
| 02/24/2023 | 86 | SCHEDULING ORDER. ETT: 5-7 days. Joinder of Parties due by 7/21/2023. Pltf Expert Report due by 10/31/2023. Deft Expert Report due by 11/30/2023. Fact Discovery due by 10/15/2023, Expert Discovery due by: 12/23/2023. Dispositive Motion Filing due by 2/16/2024. Non-Dispositive Motion Filing due by 2/16/2024. Responses due by 3/8/2024. Joint Pretrial Order due by 7/16/2024. Final Pretrial Conference set for 8/19/2024 at 01:30 PM in Courtroom 9D before Judge Andrew S Hanen Jury Trial set for 8/26/2024 at 09:00 AM in Courtroom 9D before Judge Andrew S Hanen(Signed by Judge Andrew S Hanen) Parties notified.(jdav, 4) (Entered: 02/24/2023) |
| 02/24/2023 | 87 | Opposed MOTION to Inspect Property by Catherine Engelbrecht, Gregg Phillips, True The Vote Inc., filed. Motion Docket Date 3/17/2023. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Proposed Order)(Wynne, Michael) (Entered: 02/24/2023) |
| 02/28/2023 |  | The initial conference set for 3/7/23 is terminated. (sjones, 4) (Entered: 02/28/2023) |
| 03/03/2023 | 88 | ORDER granting 87 Motion for Leave to Inspect Property of Plaintiff to Prevent Further Spoliation of Evidence..(Signed by Judge Andrew S Hanen) Parties notified.(jdav, 4) (Entered: 03/03/2023) |
| 03/10/2023 | 89 | RESPONSE in Opposition to 87 Opposed MOTION to Inspect Property, filed by Konnech Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Proposed Order Denying Defendants Emergency Motion To Inspect Plaintiff's Property)(Pamphilis, Constantine) (Entered: 03/10/2023) |
| 03/14/2023 | 90 | Opposed MOTION for Appointment of Special Master by Catherine Engelbrecht, Gregg Phillips, True The Vote Inc., filed. Motion Docket Date 4/4/2023. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Proposed Order)(Wynne, Michael) (Entered: 03/14/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/24/2023 16:08:40 | | | |
| **PACER Login:** | Michaeljwynne | **Client Code:** |  |
| **Description:** | Docket Report | **Search Criteria:** | 4:22-cv-03096 |
| **Billable Pages:** | 8 | **Cost:** | 0.80 |