# EXHIBIT 4

## **CONSENT OF KONNECH, INC.**

Konnech, Inc., the serving party, hereby consents to the transfer of the Motions to Quash Subpoena filed by Petitioners Harry Haury and Cain & Associates and interested parties True the Vote, Inc., Catherine Engelbrecht, and Gregg Phillips to the issuing court which is Case No. 4:22-CV-3096; *Konnech, Inc. v. True the Vote, Inc., Gregg Philips, and Catherine Engelbrecht*; in the United States District Court for the Southern District of Texas, Houston Division, for determination of the Motions and any other matter related to the subpoenas by the issuing court.

/s/ *Constantine Pamphilis*\*
Constantine Z. Pamphilis

*Attorney for Konnech, Inc.*

*\*By permission*